1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10

11   JACOB WILEN,                    )   **CASE NO.: 15-cv-05933-MEJ**
                                      )
12                    Plaintiff,      )   San Francisco Superior Court Case No.:
                                      )   CSM-15-851024
13           vs.                      )
                                      )
14                                    )   ~~[PROPOSED]~~ **ORDER ON**
     AETNA HEALTH AND LIFE            )   **STIPULATION TO DISMISS CASE**
15   INSURANCE COMPANY                )   **WITH PREJUDICE**
                                      )
16                    Defendant.      )
                                      )
17   _____  )

18

19          Plaintiff Jacob Wilen ("Plaintiff") and Defendant Aetna Life Insurance

20   Company erroneously sued as Aetna Health and Life Insurance Company

21   ("Aetna") (collectively the "Parties") have submitted a stipulation regarding the

22   dismissal of the instant action and have stipulated that Plaintiff's complaint filed

23   in San Francisco Superior Court (Case No.: CSM-15-851024) which was then

24   removed to this Court on December 21, 2015 [Docket No. 1] is to be dismissed

25   WITH PREJUDICE from the above-entitled action pursuant to Federal Rules of

26   Civil Procedure Rule 41(a)(1).  Having reviewed the parties' stipulation and

27   GOOD CAUSE APPEARING, the Court enters the following order:

28   / / /

1   (1)   Plaintiff's Complaint [Docket No. 1] is dismissed WITH

2         PREJUDICE; and

3   (2)   Each party to bear its own fees and costs.

4   IT IS HEREBY SO ORDERED.

5

6   Dated: _January 5, 2016_          By: _____

7                                     Magistrate Judge Marie-Elena James
                                      United States District Court
8                                     Central District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1112890/26185079v.1

2

ORDER ON STIPULATION TO DISMISS CASE
Case No. 15-cv-05933-MEJ